UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>v.<br><br>ARBOR LODGING PARTNERS, LLC DBA, PICCADILLY INN, et al.,<br><br>Defendants. | No. 2:22-cv-01689-TLN-KJN<br><br><br>**ORDER** |

On February 02, 2023, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Accordingly, the court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

///

///

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed February 02, 2023, are ADOPTED;

2. Defendants HIE River Park, LLC (dba Holiday Inn Express Fresno Riverpark); Millennium Properties, LLC (dba Hampton Inn Bakersfield); and Nihal, LLC (dba Holiday Inn Express Sacramento) are DISMISSED from this action;

3. The Clerk of Court shall terminate the dismissed Defendants from this action; and

4. Should plaintiff elect to proceed with his claims against the dropped parties, plaintiff shall file three individual complaints and either pay the filing fee for each lawsuit against each remaining defendant or seek leave to proceed against each of the remaining defendants in forma pauperis.

**DATE: March 10, 2023**

_____
Troy L. Nunley
United States District Judge